UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNULFO MELENDEZ, DANIELLE BATHRICK, JOSHUA BRESSLER, KRISTOPHOR JOHNSON, and TERRANCE MOTT, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IRON MOUNTAIN INCORPORATED, THE BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED, THE RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED and JOHN DOES 1-30,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-12613-JEK |

## RULE 41 STIPULATION OF DISMISSAL

Plaintiffs Arnulfo Melendez, Danielle Bathrick, Joshua Bressler, Kristophor Johnson, and Terrance Mott ("Plaintiffs") and Iron Mountain Incorporated ("Iron Mountain") and the Retirement Plan Committee Of Iron Mountain Incorporated (the "Committee") ("Defendants") (collectively, "Defendants,") hereby file this Stipulation of Dismissal of all claims of Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, each party to bear its own costs and attorneys' fees.

*(space intentionally left blank)*

**STIPULATED AND CONSENTED TO THIS 23rd OF SEPTEMBER, 2025**

| | |
|---|---|
| **CAPOZZI ADLER, P.C.** | **SEYFARTH SHAW LLP** |
| By: */s/ Mark K. Gyandoh*<br>　　Mark K. Gyandoh<br>　　markg@capozziadler.com<br>　　James A. Maro<br>　　jamesm@capozziadler.com<br>　　312 Old Lancaster Road<br>　　Merion Station, PA 19066<br>　　Phone: (610) 890-0200<br>　　Fax: (717) 233-4103<br><br>*Counsel for Plaintiffs Arnulfo Melendez, Danielle Bathrick, Joshua Bressler, Kristophor Johnson, and Terrance Mott* | By: */s/ Ian H. Morrison*<br>　　Ian H. Morrison<br>　　imorrison@seyfarth.com<br>　　Tom Horan<br>　　thoran@seyfarth.com<br>　　SEYFARTH SHAW LLP<br>　　233 S. Wacker Drive, Suite 8000<br>　　Chicago, Illinois 60606<br>　　Phone: (312) 460-5000<br>　　Fax: (312) 460-7000<br><br>　　Michael Steinberg<br>　　MSteinberg@seyfarth.com<br>　　SEYFARTH SHAW LLP<br>　　Seaport East<br>　　Two Seaport Lane, Suite 1200<br>　　Boston, Massachusetts  02210-2028<br>　　Telephone:      (617) 946-4800<br>　　Facsimile: (617) 946-4801<br><br>*Counsel for Defendants Iron Mountain Incorporated and Retirement Plan Committee Of Iron Mountain Incorporated* |

**SO ORDERED:**

Dated: 9/23/2025

_____
The Honorable Julia E. Kobick
United States District Court Judge